UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
    JOHN J. MURTAUGH                       : Bankruptcy No. 19-13941JKF
                                                  :
        Debtor(s)                         : Chapter 13

ORDER

**AND NOW**, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 30, 2019**