United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13941-jkf
John J Murtaugh                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2              Date Rcvd: Oct 30, 2019
                            Form ID: pdf900        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db              +John J Murtaugh,    201 Rosemont Ln,    Swarthmore, PA 19081-2612
14344696        #Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN  56379-0610
14344697         America's Servicing Co,    Default Doc Proc., N9286-01Y,    1000 Blue Gentian Rd,
                  Eagan, MN  55121-1663
14344698         Caine & Weiner,    12005 Ford Rd Ste 300,    Dallas, TX  75234-7262
14344705         Delaware County Office of Probation,    PO Box 1057,    Media, PA  19063-0857
14357244        +Deutsche Bank Nation Trust Co.,    c/o Jill Manuel-Coughlin, Esq,
                  Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14367142         Deutsche Bank National Trust Company, as Trustee,    C/O Wells Fargo Bank, N.A. as servicer,
                  Default Document Processing MAC#,    N9286-01Y1000 Blue Gentian Road,    Eagan, MN 55121-7700
14344706         Domestic Relations Section,    Second & Orange Streets,    Delaware County Courthouse,
                  Media, PA  19063
14344707         John Melville,    210 W Browning Rd,    Collingswood, NJ  08108-2903
14344709         Milstead & Associates, LLC,    1 E Stow Rd,    Marlton, NJ  08053-3118
14344710         NJ E-Z Pass, Violations Center,    PO Box 4971,    Trenton, NJ  08650-4971
14344711         PA Turnpike Toll Violations,    PO Box 67676,    Harrisburg, PA  17106-7676
14344712         PennCredit Corporation,    Dept. 91047,    PO Box 1259,    Oaks, PA  19456-1259
14344714         Port Authority of NY and NJ,    Violations, 4 World Trade Center,    150 Greenwich St,
                  New York, NY  10007-2366
14344715         Professional Account Mgmt., LLC,    PO Box 1153,    Milwaukee, WI  53201-1153
14344716         Progressive Insurance,    PO Box 43258,    Richmond Heights, OH  44143-0258
14344718         Rushmore Loan Management Services,    Customer Service Department,    PO Box 55004,
                  Irvine, CA  92619-5004
14344721         Sterling Credit Corp.,    PO Box 675,    Spring House, PA  19477-0675
14344722         Tamara Kelly,    1149 Father Capodanno Blvd,    Staten Island, NY  10306-6060
14344724        +Wells Fargo Home Mortgage Inc.,    1 Home Campus Correspondence X2501-01T,
                  Des Moines, IA 50328-0001
14362410        +Wilmington Savings Fund Society,    FSB, d/b/a Christiana Trust et al...,    KML LAW GROUP, P.C.,
                  701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14381534        +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Rushmore Loan Management Services,
                  P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:37     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344695         E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 31 2019 03:37:34     AllianceOne,
                  PO Box 3103,    Southeastern, PA  19398-3103
14344699         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:31:55
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14351673        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 03:57:09
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14344700         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:31:54     Capital One Services,
                  PO Box 30285,    Salt Lake City, UT  84130-0285
14344701         E-mail/Text: bankruptcycollections@citadelbanking.com Oct 31 2019 03:38:47     Citadel FCU,
                  PO Box 147,    Thorndale, PA  19372-0147
14344702         E-mail/Text: bankruptcycollections@citadelbanking.com Oct 31 2019 03:38:47     Citadel FCU,
                  520 Eagleview Blvd,    Exton, PA  19341-1119
14344703        +E-mail/Text: convergent@ebn.phinsolutions.com Oct 31 2019 03:38:25
                  Convergent Outsourcing Inc.,    800 SW 39th St./PO Box 9004,    Renton, WA 98057-9004
14344704         E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2019 03:33:14     Credit One Bank,
                  PO Box 98873,    Las Vegas, NV  89193-8873
14357759         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:31:59     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14344708        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:32:01     LVNV Funding. LLC,
                  15 S. Main St., Suite 700,    Resurgent Capital Services,    Greenville, SC 29601-2793
14344713         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:37:59
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                  Harrisburg, PA  17128-0946
14344717        +E-mail/Text: bkrpt@retrievalmasters.com Oct 31 2019 03:38:10     RMCB,
                  4 Westchester Plaza 110,    Elmsford, NY 10523-3835
14359121         E-mail/Text: appebnmailbox@sprint.com Oct 31 2019 03:38:09     Sprint Corp,
                  Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14344720         E-mail/Text: appebnmailbox@sprint.com Oct 31 2019 03:38:09     Sprint Nextel Correspondence,
                  Att. Bankruptcy Dept,    PO Box 7949,    Overland Park, KS  66207-0949
14344719        +E-mail/Text: clientservices@sourcerm.com Oct 31 2019 03:38:49     Source Receivable Management,
                  PO Box 4068,    Greensboro, NV 27404-4068
14344723         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2019 03:37:30
                  Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
                                                                                                TOTAL: 18
```

```
District/off: 0313-2              User: dlv                    Page 2 of 2                    Date Rcvd: Oct 30, 2019
                                  Form ID: pdf900              Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST ET SEQ
               harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST ET SEQ
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KENNETH E.  WEST    on behalf of Debtor John J Murtaugh dwabkty@aol.com,
               G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust et al... bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JOHN J. MURTAUGH | : Bankruptcy No. 19-13941JKF |
| | : |
| Debtor(s) | : Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 30, 2019**